IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY CONKLIN, : | |
| Plaintiff, : | Civil Action. No.: 2:24-cv-00857 |
| v. : | |
| ABEC, INC. : | |
| Defendant. : | |

## **ORDER**

**AND NOW**, this 25th day of April, 2025, upon consideration of the Motion for Summary Judgment and Supporting Memorandum of Law of Defendant, ABEC, Inc. (Dkt. 32), and Plaintiff's response thereto, it is hereby ORDERED that Defendant's Motion for Summary Judgment is GRANTED. Judgment is hereby entered in favor of Defendant and against Plaintiff, Tammy Conklin, and all of Plaintiff's claims against Defendant are DISMISSED with prejudice.

BY THE COURT:

_____
GAIL A. WEILHEIMER, J.